# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141895

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 141895
                                          COA: 287948
                                          Wayne CC: 07-012211-FH

TENORA BAYSO BROOKS,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the August 17, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011                                        _____

s0131                                                        Clerk